IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CR 08-1669 JB |
| | ) | |
| RICHARD ANTHONY MCKENZIE, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED ORDER CONTINUING THE SUPPRESSION
HEARING CURRENT SET FOR AUGUST 10, 2009**

THIS MATTER, having come before the court on the unopposed written motion of the United States to continue the Suppression Hearing set on August 10, 2009, the Court having reviewed said Motion and being otherwise fully advised, finds that the motion is well taken:

**IT IS THEREFORE ORDERED** that the Suppression Hearing set for August 10, 2009, shall be reset for August 20, 2009 at 9:00 a.m.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

/s/
DAMON P. MARTINEZ
Assistant U.S. Attorney