1      IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF NEW MEXICO

3  UNITED STATES OF AMERICA,

4         Plaintiff,

5     vs.              CRIMINAL NO. CR-08-1669 JB

6  RICHARD ANTHONY MCKENZIE,

7         Defendant.

8     Transcript of Motions Hearing before The Honorable

9  James O. Browning, United States District Judge, held in

10 Albuquerque, Bernalillo County, New Mexico, commencing on

11 Thursday, May 20, 2010, at 10:31 a.m. and concluding at

12 1:16 p.m.  Proceedings recorded by mechanical stenography;

13 transcript produced by computer-aided-transcription.

14 For the United States:

15     UNITED STATES ATTORNEY'S OFFICE
       District of New Mexico
16     201 Third Street, Northwest, Suite 900
       Albuquerque, New Mexico  87102
17     BY:  MR. DAMON P. MARTINEZ and
            MR. SAMUEL A. HURTADO
18
   For the Defendant:
19
       FEDERAL PUBLIC DEFENDER'S OFFICE
20     111 Lomas Boulevard, Northwest, Suite 501
       Albuquerque, New Mexico  87102
21     BY:  MR. ALONZO J. PADILLA

22
          Danna Schutte Everett, CRR, RPR, RMR, CCR 139
23             United States Court Reporter
              333 Lomas Boulevard, Northwest
24             Albuquerque, New Mexico  87102
                 Phone:  (505) 348-2283
25                Fax:  (505) 348-2285

1      THE COURT:  Good morning, everyone.  I appreciate
2 everyone making themselves available to me this morning.
3      All right.  The Court will call United States of
4 America versus Richard McKenzie, Criminal Matter 08-1669, JB.
5      Counsel will enter their appearances.
6      MR. MARTINEZ:  Damon Martinez and Sammy Hurtado on
7 behalf of the United States.
8      THE COURT:  Mr. Martinez, Mr. Hurtado, good morning
9 to you.
10      MR. PADILLA:  Good morning, Your Honor.  Alonzo
11 Padilla on behalf of Mr. McKenzie, who also appears.
12      THE COURT:  Mr. Padilla, Mr. McKenzie, good morning
13 to you.
14      THE DEFENDANT:  Good morning.
15      THE COURT:  All right, Mr. Martinez, don't let me
16 make this too hard for you.  I know you're in trial, so when
17 you have to go, just say so, and we'll stop and come back and
18 do it another time.
19      MR. MARTINEZ:  Your Honor, I believe I'm at 16
20 minutes right now.  Judge Conway told me, in front of the jury,
21 he'll start without me in 20 minutes.
22      THE COURT:  All right.  Well, we'll stop -- We'll
23 stop or you just go when you've got to go, and we'll shut down
24 and pick it up again.
25      Mr. Padilla, you have filed a couple of motions, so

1   I'll let you sort of dictate how we use this time.  What do you
2   think needs to be discussed first?
3           MR. PADILLA:  I think Mr. McKenzie's request that he
4   receive a new attorney, and he wants to address the Court on
5   that, I think.  I think, obviously, if the Court grants that
6   request, then I guess the other motion becomes moot in terms of
7   the motion to continue the trial setting.
8           THE COURT:  All right.  Well, this may get you back
9   to your hearing a little sooner than you need, but why don't I
10  hear from you first, Mr. Martinez, on the motion to -- for
11  Mr. Padilla to withdraw as counsel.
12          MR. MARTINEZ:  Your Honor, the United States'
13  position on that is that I really am not in a position to give
14  an opinion either way.  I'm not familiar with the internal
15  dynamics of the relationship.  I understand that Mr. Padilla's
16  representation is that they've reached an impasse where they
17  cannot communicate effectively.  With that understanding,
18  obviously, the United States wants to go to trial and will be
19  prepared to go to trial on Monday.
20          THE COURT:  All right. Well, why don't I do -- if
21  this is all right with you, Mr. Martinez and Mr. Hurtado, if it
22  would be all right if y'all go ahead and go back to your trial,
23  I use this time to talk to Mr. McKenzie and Mr. Padilla, and
24  then we'll work with -- Ms. Wild will work with you to maybe
25  set up a time this afternoon, or something, we can get together

```
 1  again with you on the other motions, if that's necessary.
 2              MR. MARTINEZ:  Thank you, Your Honor.  If I may ask,
 3  how do you want us to have communication with your court?
 4              THE COURT:  Ms. Wild will come to you.  So we'll just
 5  do it the old fashion way.  We'll come find you.
 6              MR. PADILLA:  Your Honor, I'll be available during
 7  lunch, if you decide to do it during lunch, or at the end of
 8  the day, whatever works best for everyone.
 9              THE COURT:  Okay.  Well, I appreciate it.
10              MR. MARTINEZ:  Thank you, Your Honor, for working
11  with our schedule today.
12              THE COURT:  Appreciate it.  We weren't sure whether
13  you -- whether you were in this trial -- whether the trial was
14  going on in front of Judge Conway or Judge Parker, and so --
15              MR. MARTINEZ:  That was two weeks ago.
16              THE COURT:  Two weeks ago?  Okay.  Well, thanks for
17  making yourself available.
18              MR. MARTINEZ:  Thank you, Your Honor.
19              MR. HURTADO:  Thank you, Your Honor.
20              THE COURT:  Y'all have a good morning.
21         (Mr. Martinez and Mr. Hurtado left the courtroom.)
22         (Portion sealed from Government in separate file.)
23         (Court stood in recess at 11:01 a.m. and resumed at
24         1:11 p.m. as follows, in open court:)
25              THE COURT:  Good afternoon, everyone.  All right.
```

1  We'll go back on the record in United States versus Richard
2  McKenzie.
3              As you can tell, after taking this back to chambers
4  and giving it some thought, I thought the best thing to do was
5  to grant the motion to withdraw, and so I have done that.  And
6  I guess at this stage there are two motions.  The first one has
7  three requests in it.  The first one is a motion to continue
8  the trial setting.
9              Mr. Martinez, given where we are now, that portion of
10 the motion, do you have a position you wish to state on that
11 now?
12             MR. MARTINEZ:  Our position is that we're prepared to
13 go to trial, but I don't think it's realistic for a new
14 attorney, who is appointed today or tomorrow, to be prepared
15 for trial next Monday.
16             THE COURT:  All right.  So you have no opposition to
17 me going ahead and granting that portion of the motion?
18             MR. MARTINEZ:  No, Your Honor.  And I'm assuming that
19 the Court would put it on the trial docket for June?
20             THE COURT:  For June?
21             MR. MARTINEZ:  Yes, Your Honor.
22             THE COURT:  I will.  All right.  With that, is there
23 anything further needs to be said on that, Mr. Padilla?
24             MR. PADILLA:  No, sir.  But I will cooperate with
25 whoever the new counsel is and provide them everything that I

```
 1  have and sit down and talk to him or her regarding the case.
 2              THE COURT:  All right.
 3              MR. MARTINEZ:  Your Honor, if I may ask, concerning
 4  the motion that was -- concerning the other part of the motions
 5  that were before the Court, there's also a sealed matter that
 6  the United States has filed.  Was anything withdrawn
 7  concerning -- I assume that nothing was withdrawn before
 8  Mr. Padilla has been taken off this case.
 9              THE COURT:  No.  But do you see any problem with me
10  going ahead and granting the motion to quash the subpoena,
11  because we're not going to have a trial next week?
12              MR. PADILLA:  Yeah, I have been in contact with the
13  Amtrak attorney, in fact, left a message that I was in court,
14  advised him that we would know this afternoon if he needed to
15  advise the witness whether or not to appear, so I'll definitely
16  call him back and say that's no longer necessary.
17              THE COURT:  No longer necessary?
18              MR. PADILLA:  As far as quashing the subpoena, that's
19  a whole different matter.  A new attorney may want to go ahead
20  and issue a subpoena later.  I withdraw it only because the
21  case is going to be continued.
22              THE COURT:  All right.  So you're going to withdraw
23  the subpoena?
24              MR. PADILLA:  For Monday, yes.  For Monday.
25              THE COURT:  So does that take care of that issue for
```

the time being, or do you want to leave your motion on file? If there's no motion out there, do you want to withdraw your motion without prejudice?

MR. MARTINEZ: I would want to leave my motion on the record, Your Honor. I do not want it withdrawn.

MR. PADILLA: Just for the record, I don't think that was a sealed motion.

MR. MARTINEZ: That it wasn't?

THE COURT: It says "Sealed" in your heading, but I'm not sure it was actually filed sealed.

MS. WILD: It was.

THE COURT: Oh, it was?

MR. MARTINEZ: And I would ask that it be continued to be sealed.

THE COURT: All right. So I will grant the first portion of the defendant's opposed motion to continue the trial setting. I will not rule on the request for a Franks hearing or a request to reopen the suppression hearing until new counsel's involved, but I'll put an order -- a short opinion and order granting the request to continue the trial, and then we'll just leave the other -- those -- kind of the rest of that motion and then the Government's motion to quash the defendant's subpoena -- we'll just leave that for another day, until we get counsel into the case.

All right. Is there anything else that we need to

```
 1   discuss while we're together?  Is there anything else that I
 2   can do for you?
 3           Mr. Martinez?
 4           MR. MARTINEZ:  No, Your Honor.
 5           MR. PADILLA:  No, sir.
 6           THE COURT:  Mr. Padilla?
 7           All right.  All right.  Well, thank you for your
 8   service on this case, Mr. Padilla.
 9           And I appreciate everybody making themselves
10   available to me.
11           All right.  We'll be in recess.  Y'all have a good
12   afternoon.
13           MR. MARTINEZ:  Thank you, Your Honor.
14       (Court stood in recess at 1:16 p.m.)
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    C-E-R-T-I-F-I-C-A-T E
 2    UNITED STATES OF AMERICA
 3    DISTRICT OF NEW MEXICO
 4
 5        I, Danna Schutte Everett, RPR, CCR, CRR, Official
 6    Court Reporter for the State of New Mexico, do hereby
 7    certify that the foregoing pages constitute a true
 8    transcript of proceedings had before the said Court held
 9    in the City of Albuquerque, New Mexico, in the matter
10    therein stated.
11        In testimony whereof, I have hereunto set my hand on
12    this 19th day of January, 2011.
13
14                     _____
                       DANNA SCHUTTE EVERETT
15                     Registered Professional Reporter
                       Registered Merit Reporter
16                     Certified Realtime Reporter
                       NM Certified Court Reporter #139
17                     333 Lomas Boulevard, Northwest
                       Albuquerque, New Mexico  87102
18                     Phone:  (505) 348-2283
                       Fax:    (505) 348-2285
19
20
21
22
23
24    May 20, 2010, USA vs. McKenzie
25
```