IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 1 2 2011

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                            No. CR 08-1669 JB

RICHARD ANTHONY MCKENZIE,

    Defendant.

## VERDICT

WE, the jury, find the defendant, RICHARD ANTHONY MCKENZIE, __Guilty__ as charged in the indictment.

(guilty or not guilty)

Dated this 12th day of April, 2011.

                                                        FOREPERSON