# UNITED STATES DISTRICT COURT
## District of New Mexico

**USA v. MCKENZIE**             Case No. CR 08-1669 JB

## EXHIBIT AND WITNESS LIST

| Presiding Judge: James O. Browning | Plaintiff's Counsel: Damon Martinez/Sammy Hurtado, AUSA's | Defendant's Counsel: Robert Cooper (Appointed) |
|---|---|---|
| Trial Date(s): April 11-12, 2011 | Court Reporter: Danna Everett | Courtroom Deputy/Law Clerk: K'Aun Wild |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| | | | | | **MONDAY, APRIL 11, 2011** |
| 2 | | 4/11/11 | Pre- | X | Audio tape of encounter |
| 3 | | 4/11/11 | Pre- | X | Forest Service video tape |
| 4 | | 4/11/11 | Pre- | X | Great Value-brand Apple Express Cereal Box |
| 5 | | 4/11/11 | Pre- | X | Great Value-brand Fruit Spins Cereal Box |
| 6 | | 4/11/11 | Pre- | X | Kellogg's-brand Corn Pops Cereal Box |
| 7 | | 4/11/11 | Pre- | X | U.S. Airways Baggage Claim Ticket |
| 8A | | 4/11/11 | Pre- | X | Amtrak ticket |
| 8B | | 4/11/11 | Pre- | X | Amtrak ticket |
| 8C | | 4/11/11 | Pre- | X | Amtrak ticket |
| 9 | | 4/11/11 | Pre- | X | T-Mobile Blackberry device |
| 10 | | 4/11/11 | Pre- | X | T-Mobile subscriber information |
| 11 | | 4/11/11 | Pre- | X | Fingerprint card |
| 12A | | 4/11/11 | Pre- | X | Photograph of luggage and contents |
| 12B | | 4/11/11 | Pre- | X | Photograph of luggage and contents |
| 12C | | 4/11/11 | Pre- | X | Photograph of luggage and contents |
| 12D | | 4/11/11 | Pre- | X | Photograph of luggage and contents |
| 13A | | 4/11/11 | Pre- | X | Photograph of airline tags |
| 13B | | 4/11/11 | Pre- | X | Photograph of airline tags |
| 14A | | 4/11/11 | Pre- | X | Photograph of cereal boxes and contents |
| 14B | | 4/11/11 | Pre- | X | Photograph of cereal boxes and contents |
| 14C | | 4/11/11 | Pre- | X | Photograph of cereal boxes and contents |
| 14D | | 4/11/11 | Pre- | X | Photograph of cereal boxes and contents |
| 14E | | 4/11/11 | Pre- | X | Photograph of cereal boxes and contents |
| 14F | | 4/11/11 | Pre- | X | Photograph of cereal boxes and contents |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| 14G | | 4/11/11 | Pre- | X | Photograph of cereal boxes and contents |
| 14H | | 4/11/11 | Pre- | X | Photograph of cereal boxes and contents |
| 15 | | 4/11/11 | Pre- | X | Photographs of bundles on scale |
| 16 | | 4/11/11 | Pre- | X | Photograph of sample being taken from bundle |
| 17A | | 4/11/11 | Pre- | X | Photograph of fence area between railroad yard and U.S. Forest Service |
| 17B | | 4/11/11 | Pre- | X | Photograph of fence area between railroad yard and U.S. Forest Service |
| 17C | | 4/11/11 | Pre- | X | Photograph of fence area between railroad yard and U.S. Forest Service |
| 17D | | 4/11/11 | Pre- | X | Photograph of fence area between railroad yard and U.S. Forest Service |
| 21 | | 4/11/11 | Pre- | X | Citibank affidavit and bank information concerning Ruby D. Johnston |
| | | | | | Govt. calls **Mark D. Hyland** (sworn) |
| 1A | | 4/11/11 | Pre- | | Drugs - **NOT MOVED** |
| 1B | | 4/11/11 | Pre- | | Drugs - **NOT MOVED** |
| 1C | | 4/11/11 | Pre- | | Drugs - **NOT MOVED** |
| TUESDAY, APRIL 12, 2011 | | | | | |
| | | | | | Cont. examination of **Hyland** (previously sworn) |
| | | | | | Govt. calls **Stephen Suprenaut De Garcia** (sworn) |
| 21 | | 4/12/11 | Pre- | | **WITHDRAWN** |
| | | | | | Govt. calls **Ronnie Sanchez** (sworn) |
| | | | | | Govt. calls **Leigh Armstrong** (sworn) |
| | | | | | Govt. calls **Edmond Padilla** (sworn) |
| | | | | | Govt. calls **Eloy Sanchez** (sworn) |
| | | | | | Govt. calls **Joe Maberry** (sworn) |
| | | | | | Govt. calls **Victor Bravenec** (sworn) |
| 1A | | 4/12/11 | Pre- | X | Cocaine |
| 1B | | 4/12/11 | Pre- | X | Cocaine |
| 1C | | 4/12/11 | Pre- | X | Cocaine |
| ***END*** | | | | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      No. CR 08-1669 JB

RICHARD ANTHONY MCKENZIE,

### RECEIPT FOR TRIAL EXHIBITS

**EXHIBITS RETURNED TO PLAINTIFF'S COUNSEL AT END OF TRIAL:** 1A, 1B, 1C, 2, 3, 4, 5, 6, 7, 8A, 8B, 8C, 9, 10, 11, 12A, 12B, 12C, 12D, 13A, 13B, 14A, 14B, 14C, 14D, 14E, 14F, 14G, 14H, 15, 16, 17A, 17B, 17C and 17D

**RECEIVED BY:** _____

DAMON MARTINEZ, AUSA
COUNSEL FOR PLAINTIFF

**DATE RECEIVED:** 12/Apr/11

_____
LAW CLERK OR COURTROOM DEPUTY CLERK

***By signing this document, counsel indicate his/her agreement that, should there be an appeal, s/he shall be responsible for producing the above-mentioned exhibits, if required, for an appellate record.